FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TINA G., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 2:17-CV-433-RMP <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on November 20, 2018, ECF No. 23, recommending Plaintiff Tina G.'s[1] Motion for Summary Judgment, ECF No. 14, be granted and Defendant Commissioner of Social Security's Motion, ECF No. 21, be denied. No objection was filed.

---

[1] In the interest of protecting Plaintiff's privacy, the Court will use Plaintiff's first name and last initial, and, subsequently, Plaintiff's first name only, throughout this decision.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 23**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **GRANTED**.

3. Defendant's Motion for Summary Judgment, **ECF No. 21**, is **DENIED**.

4. Judgment shall be entered in favor of Plaintiff.

5. The ALJ's decision is **REVERSED**. This matter is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation, pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** December 6, 2018.

                                    *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                    United States District Judge